Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20–15487–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael A. Rafine
   91 Castle Heights Avenue
   Pennsville, NJ 08070

Social Security No.:
   xxx–xx–5224

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             February 2, 2021
Time:             11:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*50* – Certification in Opposition to (related document:49 Creditor's Certification of Default (related document:22 Motion for Relief from Stay re: 91 Castle Heights Avenue, Pennsville, NJ, 08070. Fee Amount $ 181. filed by Creditor M&T BANK, 39 Creditor's Certification of Default filed by Creditor M&T BANK, 47 Order (Generic)) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 01/11/2021. (Attachments: # 1 Exhibit "A" # 2 Affidavit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T BANK) filed by Stacey L. Mullen on behalf of Michael A. Rafine. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: January 11, 2021
JAN: jpl

                                                                        Jeanne Naughton
                                                                        Clerk