ISABEL C. BALBOA [*ICB-99001-00*]

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020
**Case Number: 20-15487 (JNP)**

Michael A. Rafine
91 Castle Heights Avenue
Pennsville, NJ  08070

Monthly Payment: $924.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

#### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 06/17/2020 | $1,000.00 | 06/17/2020 | $1,000.00 | 07/14/2020 | $225.00 | 07/14/2020 | $225.00 |
| 07/22/2020 | $225.00 | 07/31/2020 | $225.00 | 08/05/2020 | $225.00 | 08/14/2020 | $225.00 |
| 08/19/2020 | $225.00 | 08/25/2020 | $118.22 | 09/01/2020 | $225.00 | 09/09/2020 | $225.00 |
| 09/16/2020 | $225.00 | 09/29/2020 | $225.00 | 10/06/2020 | $225.00 | 11/18/2020 | $462.00 |
| 12/01/2020 | $462.00 | 12/14/2020 | $462.00 | 12/29/2020 | $462.00 | | |

#### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MICHAEL A. RAFINE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,750.00 | $3,847.39 | $902.61 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $400.00 | $255.06 | $144.94 | $0.00 |
| 1 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $3,761.73 | $0.00 | $3,761.73 | $0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $5,318.07 | $0.00 | $5,318.07 | $0.00 |
| 3 | DISCOVER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | FIRST NATIONAL BANK OF OMAHA | 33 | $1,000.70 | $0.00 | $1,000.70 | $0.00 |
| 5 | KML LAW GROUP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | LYONS, DOUGHTY & VELDHUIS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | M & T BANK | 24 | $39,401.28 | $0.00 | $39,401.28 | $0.00 |
| 8 | NAVIENT PC TRUST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PETRO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $705.31 | $0.00 | $705.31 | $0.00 |
| 11 | PREMIER BANKCARD, LLC | 33 | $916.44 | $0.00 | $916.44 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $333.53 | $0.00 | $333.53 | $0.00 |
| 13 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | CAPITAL ONE BANK USA, N.A. | 33 | $1,446.57 | $0.00 | $1,446.57 | $0.00 |
| 17 | PREMIER BANKCARD, LLC | 33 | $877.65 | $0.00 | $877.65 | $0.00 |
| 18 | M & T BANK | 13 | $531.00 | $338.60 | $192.40 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2020 | 3.00 | $0.00 |
| 08/01/2020 | Paid to Date | $3,350.00 |
| 09/01/2020 | 56.00 | $924.00 |
| 05/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,666.22 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,692.76 |
| Arrearages: | $379.78 |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.